THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Gwendolyn L., Respondent,
 v.
 Tamara L., Avery J., Perry W., and Nathaniel G., Defendants, 
 of whom Nathaniel G. is Appellant.
 In Re:  Darius L., Ervin H.,         Tychristian L., and Paris L., minor children. 
 
 
 

Appeal From Greenville County
 Aphrodite K. Konduros, Family Court Judge

Unpublished Opinion No. 2007-UP-210
Submitted May 1, 2007  Filed May 9, 2007    

AFFIRMED

 
 
 
 Maggi Fields Bailey, of Greenville, Nathaniel G., of Pelzer, for Appellant.
 Maureen Z. White,  of Greenville, for Respondent.
 Kimberly Gail Montanari, of Simpsonville, for Guardian Ad Litem.
 
 
 

PER CURIAM: This appeal arises from the termination of parental rights (TPR) of Tamara L., Avery J., Perry W., and Nathaniel G. (Father) to their children.  This appeal involves only the termination of Fathers parental rights to his two minor children.  The family court found Fathers parental rights should be terminated because Father willfully failed to visit the children for a period of six months, and willfully failed to support the children for a period of six months.  Additionally, the family court found termination was in the best interest of the children.  See S.C. Code Ann. § 20-7-1572 (Supp. 2006).  After a thorough review of the record, pursuant to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we affirm[1] the family courts ruling and grant counsels petition to be relieved.
AFFIRMED.
HEARN, C.J., KITTREDGE, J., and CURETON, A.J., concur.

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.